IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PREMIER CAPITAL, LLC**                                                    **PLAINTIFF**

**v**                                   **CIVIL ACTION NO. 1:06cv908LG-JMR**

**ANH VU and HONG T. NGUYEN**                           **DEFENDANTS**

## DEFAULT JUDGEMENT

This action came on for hearing on the application of the Plaintiff for a default judgement. The Court finds that service by publication was accomplished on February 14, 2007, February 21, 2007 and March 3, 2007 in *The Sun Herald* newspaper in the City of Gulfport, Harrison County, Mississippi. The Court further finds that the Defendants, not being infants or incompetent persons, failed to plead, answer or otherwise defend in this matter. On the 29th day of May, 2007, upon application of the Plaintiff, the District Court Clerk duly entered default against the Defendants.

Further, the Court finds pursuant to Rule 55(b), that the Plaintiff's claim is for a sum certain - or a sum that can be made certain upon calculation. Pursuant to the testimony set forth in the Affidavit of John D. Cummings, Jr., the current outstanding amount due from the Defendants is now $553,229.12. Further, pursuant to the testimony set forth in the Affidavit of Plaintiff's counsel and the copies of bills attached thereto, the current amount expended in attorney's fees in collecting this debt to date is $10,739.38.

For the above-stated reasons, the Court finds the Plaintiff's application for default judgment to be well taken and should be granted.

Therefore, this it is Ordered and Adjudged that a default judgment is hereby entered in favor of the Plaintiff, Premier Capital, LLC, in the sum of $553,229.12, plus costs of court, post-judgment interest at the legal rate until judgment is satisfied, attorneys' fees and expenses in the amount of $10,739.38, for a total default judgment of **$ 563,968.50.**

**SO ORDERED AND ADJUDGED** this the 9th day of July, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

Submitted by:

Craig D. Smith (MB No. 9436)
Mandie B. Robinson (MB No. 100446)
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 South Lamar Street
City Centre Building, Suite 100
P. O. Box 22608
Jackson, Mississippi  39225-2608
(601) 960-8600
(601) 960-8613 – facsimile

*Attorneys for Premier Capital, LLC*